UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID W. HENDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:17-CV-428-JRG-HBG |
| NANCY A. BERRYHILL, Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 27, 2018. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's Complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to prosecute. The plaintiff has not filed objections to this recommendation. Thus, after careful *de novo* consideration of the record as a whole, after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 5], that the plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE